UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DEREK FELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) **CASE NO. 2:16-CV-85-D** |
| | ) |
| MONEYSWORTH LINEN SERVICE, | ) |
| INC., PATRICK C. KEENAN, JOHN D. | ) |
| KEENAN, | ) |
| | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 15] and DENIES as baseless Felton's motion to quash his deposition [D.E. 14]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on January 22, 2018, and Copies To:**

| | |
|---|---|
| Bertman Wherry | (Sent to 105 Princess Ann Circle Elizabeth City, NC 27909 via US Mail) |
| John D. Leidy | (via CM/ECF electronic notification) |

DATE:                                                             PETER A. MOORE, JR., CLERK

January 22, 2018                                          (By) /s/ Nicole Briggeman

                                                                             Deputy Clerk